UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MICHAEL COLIHAN et all

                Plaintiff

           -against-                   AFFIDAVIT OF SERVICE
                                       CV 08 7190

THE CITY OF NEW YORK, et al.

                Defendants
-----------------------------------------------------X
THIS ACTION IS ASSIGNED TO JUDGE SULLIVAN

This document was filed electronically

     MICHAEL COLIHAN, an attorney admitted to practice in all the courts of the state of New York & in this Court, affirms the truth of the following under penalties of perjury:

     1. I am over eighteen years of age and reside in the state of New York & am not a party to this action.

     2. On August 12, 2008 at approximately 4:31 PM at 100 Church Street, NY, NYI served the summons and complaint in a civil case in this action upon THE CITY OF NEW YORK, by delivering a true copy of each to MADELYN SANTANA a person of suitable age & discretion, who represented to me that she was authorized to accept same..

     3. Your affirming further describes said MS. SANTANA as follows.
Hispanic female about 30 years in age, 5 feet 5 inches in height, about 110 lbs with black hair .

                                       _____ss_____
                                       MICHAEL COLIHAN, ESQ.


AFFIRMED UNDER PENALTIES OF PERJURY
August 17, 2008.